# United States District Court
# For The Western District of North Carolina
# Statesville Division

JOSHUA PETER THOMAS SHIELDS,

       Petitioner,                        JUDGMENT IN A CIVIL CASE

vs.                                        CASE NO. 5:09CV113-2-V

UNITED STATES OF AMERICA,

       Respondent.

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 19, 2009, Order.

                                          Signed: October 20, 2009

                                          Frank G. Johns, Clerk
                                          United States District Court